

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00124-CR

ELLIOT VANCE SIRBAUGH                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 1379759D

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Elliot Vance Sirbaugh pleaded guilty to reckless bodily injury to an elderly person, a state jail felony. *See* Tex. Penal Code Ann. § 22.04(a), (g) (West Supp. 2014). In accordance with the plea bargain, the trial court convicted Appellant of the offense and sentenced him to one year's confinement.

---

[1]*See* Tex. R. App. P. 47.4.

The trial court's certification states that the case was plea-bargained and that Appellant has no right of appeal and that Appellant had waived the right of appeal. On April 21, 2015, we notified Appellant that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before May 1, 2015, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). No response has been filed.

Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 16, 2015

2